Daniel, J.
 

 In the case of the
 
 Stale
 
 v.
 
 Pool,
 
 5 Iredell,
 

 109, this Court said, that a purchaser at a Sheriff’s sale must undoubtedly pay his whole bid to the Sheriff, and, after getting enough to discharge the execution, the Sheriff must see that the purchaser satisfies the surplus to the owner of the property, before he can make a conveyance to the purchaser. He, the Sheriff, receives the surplus money, by virtue of his 'office, and, for all money received by virtue of his office, his bond is a security, whether it belong to the plaintiff or the defendant in the execution. The bond of a constable stipulates, that he should dili
 
 *82
 
 gently endeavor to' collect all claims put in his hands for collection, and faithfully pay over all sums, thereon received, unto the persons to whom the same is due. On the bond, the Act of Assembly
 
 (Rev. Stat.
 
 115, s. 7,) declares, that suits may be brought and remedy may be had, in the same maimer as suits may be brought, and remedies had, upon the official bonds of Sheriffs and other officers. The above decision was made by this Court at the last Term, and, it is probable, was unknown to his Honor, when he gave judgment in this case. The judgment of non-suit must be reversed, and a judgment rendered on the verdict for the plaintiff.
 

 Pee Cueiam. Judgment accordingly.